# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JUAN SEBASTIAN MANCERA,

      Petitioner,

   v.

WARDEN H.L. RAY,

      Respondent.

2:25-cv-114

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant as unopposed Respondent's Motion to Dismiss and to dismiss without prejudice Petitioner Juan Mancera's ("Mancera") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus. Dkt. No. 9. Mancera did not file Objections to this Report and Recommendation, and the time to do so has elapsed. In fact, this Court's mailing was returned as undeliverable, with the notation: "Return to Sender, No Longer in Jesup." Dkt. No. 10 at 1.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation

is clear error."). I **GRANT as unopposed** Respondent's Motion to Dismiss, **DISMISS without prejudice** Mancera's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, dkt. nos. 1, 4, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Mancera *in forma pauperis* status on appeal.

SO ORDERED, this ___3___ day of March, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2